No. 00–7215.  IN RE WILKERSON.  Motion of petitioner for leave to proceed *in forma pauperis* denied, and petition for writ of habeas corpus dismissed.  See this Court's Rule 39.8.  As petitioner has repeatedly abused this Court's process, the Clerk is directed not to accept any further petitions in noncriminal matters from petitioner unless the docketing fee required by Rule 38(a) is paid and the petition is submitted in compliance with Rule 33.1.  See *Martin* v. *District of Columbia Court of Appeals*, 506 U. S. 1 (1992) *(per curiam)*.  JUSTICE STEVENS dissents.  See *id.*, at 4, and cases cited therein.

No. 00–7438.  IN RE YOUNGBEAR.  Motion of petitioner for leave to proceed *in forma pauperis* denied, and petition for writ of habeas corpus dismissed.  See this Court's Rule 39.8.  As petitioner has repeatedly abused this Court's process, the Clerk is directed not to accept any further petitions in noncriminal matters from petitioner unless the docketing fee required by Rule 38(a) is paid and the petition is submitted in compliance with Rule 33.1.  See *Martin* v. *District of Columbia Court of Appeals*, 506 U. S. 1 (1992) *(per curiam)*.  JUSTICE STEVENS dissents.  See *id.*, at 4, and cases cited therein

No. 00–7038.  IN RE VONDETTE;
No. 00–7131.  IN RE UFOM;
No. 00–7165.  IN RE MARTINEZ;
No. 00–7225.  IN RE RICH; and
No. 00–7381.  IN RE BROWN.  Petitions for writs of mandamus denied.

No. 00–719.  IN RE KNOWLTON.  Motion of petitioner for leave to file petition for writ of mandamus under seal with redacted copies for the public record granted.  Petition for writ of mandamus denied.

No. 00–7035.  IN RE TRASLAVINA.  Petition for writ of mandamus and/or prohibition denied.

No. 00–596.  LORILLARD TOBACCO CO. ET AL. *v.* REILLY, ATTORNEY GENERAL OF MASSACHUSETTS, ET AL.; and
No. 00–597.  ALTADIS U. S. A. INC., AS SUCCESSOR TO CONSOLIDATED CIGAR CORP. AND HAVATAMPA, INC., ET AL. *v.* REILLY, ATTORNEY GENERAL OF MASSACHUSETTS, ET AL.  C. A. 1st Cir.